UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA             Civil Action No.: 13-14050

      Plaintiff,                         HON. PAUL D. BORMAN

vs.

MICHELLE M. MAUREAU, DO

      Defendant.
_____/

**CLERK'S ENTRY OF JUDGMENT BY DEFAULT**

      Michelle M. Maureau, DO failed to appear to defend this action after having been served with process.

      Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, Judgment by Default is hereby entered in favor of Plaintiff, United States of America and against Defendant, Michelle M. Maureau, DO, in the following amount:

**Claim No. 2013A69911:**

| | |
|---|---:|
| Principal Balance: | $52,365.03 |
| Total Interest Accrued: | $2,613.77 |
| Administrative Charges: | $0.00 |
| Less Credits (Debtor Payments): | $0.00 |
| Total Owed: | $54,978.80 |
| Interest Rate: | 3.125% |

Plus prejudgment interest until entry of Judgment.
Plus a filing fee of $400.00 as permitted by 28 U.S.C. § 2412(a)(2).
Post judgment interest shall accrue at the legal rate in effect pursuant to 28 U.S.C. § 1961.

Date: 2/18/14

Clerk of the Court

By: /s/ *signature*
Deputy Clerk

2013A69911